FILED
APR 2 8 2011

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY L. NEAL; BADGER CREEK NURSERY, LLC; MICHAEL NEAL, individually, as Personal Representative of the Estate of Maureen Gail Neal, Deceased, and as Trustee of Neal Family Trust; SHANNON NEAL; STEVE MARTIN CONSTRUCTION, INC; HOEVET & BOISE, P.C.; NEAL FAMILY TRUST; and CLACKAMAS COUNTY<br><br>Defendants. | Civil No. 11-353-AC<br><br>ORDER APPROVING STIPULATION BETWEEN UNITED STATES AND HOEVET & BOISE, P.C. |

Pursuant to the Stipulation Re: Disclaimer of Interest by Hoevet & Boise, P.C., IT IS HEREBY ORDERED:

(1) The Stipulation Re: Disclaimer of Interest by Hoevet & Boise, P.C., is hereby approved;

(2) Hoevet & Boise, P.C. has no interest in the property described in the stipulation and in paragraph 13 of the United States' complaint or in any proceeds from the sale of the property;

(3) Defendant Hoevet & Boise, P.C. is DISMISSED with prejudice as a party-defendant; and

(4) Both parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED this 28th day of April, 2011.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Respectfully submitted by:

DWIGHT C. HOLTON
United States Attorney

  /s/ Quinn P. Harrington
JEREMY N. HENDON
QUINN P. HARRINGTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2466
          (202) 514-6507
Facsimile: (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
       Quinn.P.Harrington@usdoj.gov
       Western.Taxcivil@usdoj.gov