FILED

MAY 0 4 2011

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

UNITED STATES OF AMERICA,

        **Plaintiff,**

        **v.**

TERRY L. NEAL; BADGER CREEK
NURSERY, LLC; MICHAEL NEAL,
individually, as Personal Representative of
the Estate of Maureen Gail Neal, Deceased,
and as Trustee of Neal Family Trust;
SHANNON NEAL; STEVE MARTIN
CONSTRUCTION, INC; HOEVET &
BOISE, P.C.; NEAL FAMILY TRUST; and
CLACKAMAS COUNTY

        **Defendants.**

Civil No. 11-353-AC

**ORDER APPROVING STIPULATION
BETWEEN UNITED STATES AND
SHANNON NEAL**

Pursuant to the Stipulation Re: Disclaimer of Interest by Shannon Neal, IT IS HEREBY
ORDERED:

    (1)    The Stipulation Re: Disclaimer of Interest by Shannon Neal is hereby approved;

    (2)    Shannon Neal has no interest in the property described in the stipulation and in

            paragraph 13 of the United States' complaint or in any proceeds from the sale of

            the property;

    (3)    Shannon Neal is DISMISSED with prejudice as a party-defendant; and

//

//

ORDER
Case No. 11-353-AC            1

     (4)    The parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED this ___4th___ day of _May_, 2011.

                                       UNITED STATES ~~DISTRICT~~ JUDGE
                                                 Magistrate

Respectfully submitted by:

DWIGHT C. HOLTON
United States Attorney

   /s/ Quinn P. Harrington
JEREMY N. HENDON
QUINN P. HARRINGTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2466
             (202) 514-6507
Facsimile: (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
        Quinn.P.Harrington@usdoj.gov
        Western.Taxcivil@usdoj.gov