FILED
MAY 04 2011

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERRY L. NEAL; BADGER CREEK NURSERY, LLC; MICHAEL NEAL, individually, as Personal Representative of the Estate of Maureen Gail Neal, Deceased, and as Trustee of Neal Family Trust; SHANNON NEAL; STEVE MARTIN CONSTRUCTION, INC; HOEVET & BOISE, P.C.; NEAL FAMILY TRUST; and CLACKAMAS COUNTY<br><br>　　　　　Defendants. | Civil No. 11-353-AC<br><br>ORDER APPROVING STIPULATION BETWEEN UNITED STATES AND STEVE MARTIN CONSTRUCTION, INC. |

Pursuant to the Stipulation Re: Disclaimer of Interest by Steve Martin Construction, Inc., IT IS HEREBY ORDERED:

 (1) The Stipulation Re: Disclaimer of Interest by Steve Martin Construction, Inc. is hereby approved;

 (2) Steve Martin Construction, Inc. has no interest in the property described in the stipulation and in paragraph 13 of the United States' complaint or in any proceeds from the sale of the property;

 (3) Defendant Steve Martin Construction, Inc. is DISMISSED with prejudice as a party-defendant; and

(4)   Both parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED this 4th day of May, 2011.

UNITED STATES ~~DISTRICT~~ Magistrate JUDGE

Respectfully submitted by:

DWIGHT C. HOLTON
United States Attorney

   /s/ Quinn P. Harrington
JEREMY N. HENDON
QUINN P. HARRINGTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2466
            (202) 514-6507
Facsimile: (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
       Quinn.P.Harrington@usdoj.gov
       Western.Taxcivil@usdoj.gov