FILED

MAY 0 5 2011

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TERRY L. NEAL; BADGER CREEK
NURSERY, LLC; MICHAEL NEAL,
individually, as Personal Representative of
the Estate of Maureen Gail Neal, Deceased,
and as Trustee of Neal Family Trust;
SHANNON NEAL; STEVE MARTIN
CONSTRUCTION, INC; HOEVET &
BOISE, P.C.; NEAL FAMILY TRUST; and
CLACKAMAS COUNTY

        Defendants.

Civil No. 11-353-AC

**ORDER APPROVING STIPULATION
BETWEEN UNITED STATES AND
BADGER CREEK NURSERY, LLC**

Pursuant to the Stipulation Re: Disclaimer of Interest by Badger Creek Nursery, LLC, IT IS HEREBY ORDERED:

(1)    The Stipulation Re: Disclaimer of Interest by Badger Creek Nursery, LLC, is hereby approved;

(2)    Badger Creek Nursery, LLC, has no interest in the property described in the stipulation and in paragraph 13 of the United States' complaint or in any proceeds from the sale of the property;

(3)    Defendant Badger Creek Nursery, LLC is DISMISSED with prejudice as a party-defendant; and

(4)    Both parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED this 5th day of May, 2011.

UNITED STATES DISTRICT JUDGE
Magistrate

Respectfully submitted by:

DWIGHT C. HOLTON
United States Attorney

   /s/ Quinn P. Harrington
JEREMY N. HENDON
QUINN P. HARRINGTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2466
         (202) 514-6507
Facsimile: (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
       Quinn.P.Harrington@usdoj.gov
       Western.Taxcivil@usdoj.gov

ORDER
Case No. 11-353-AC                    2