UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TERRY L. NEAL; BADGER CREEK NURSERY, LLC; MICHAEL NEAL, individually, as Personal Representative of the Estate of Maureen Gail Neal, Deceased, and as Trustee of Neal Family Trust; SHANNON NEAL; STEVE MARTIN CONSTRUCTION, INC; HOEVET & BOISE, P.C.; NEAL FAMILY TRUST; and CLACKAMAS COUNTY<br><br>    Defendants. | Civil No. 11-353-AC<br><br>JUDGMENT |

  Upon the Stipulation Re: Entry of Judgment against Terry L. Neal and Foreclosure of United States Tax Liens on Real Property:

  IT IS ORDERED AND ADJUDGED that JUDGMENT is hereby entered in favor of the United States and against defendant Terry L. Neal. Terry L. Neal is indebted to the United States for federal income taxes (Form 1040) for the 1995, 1996, 1997, and 2006 tax years in the amount of $14,842,824.84, plus statutory interest pursuant to 26 U.S.C. §§ 6601, 6621, 6622,

and 28 U.S.C. § 1961(c) and other statutory additions running from March 16, 2011, less any payments and credits. Further, the liens against the Baty Road property, more fully described in the United States' Complaint, are foreclosed, and the Court will enter a separate order of foreclosure and judicial sale on that property.

DATED this 1st day of June, 2011.

UNITED STATES ~~DISTRICT~~ JUDGE
magistrate

Respectfully submitted by:

DWIGHT C. HOLTON
United States Attorney

/s/ Quinn P. Harrington
JEREMY N. HENDON
QUINN P. HARRINGTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2466
　　　　　　(202) 514-6507
Facsimile: (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
　　　　Quinn.P.Harrington@usdoj.gov
　　　　Western.Taxcivil@usdoj.gov